IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    *Plaintiff*,

    v.         **Civ. No. 12-1108 CG/KBM**

$24,621.00 IN UNITED STATES CURRENCY, ETAL.,

    *Defendants*,

and

JOHN DAVIS,

    *Claimant.*

## NOTICE OF PUBLICATION

Notice of Forfeiture was published on www.forfeiture.gov for at least 30 consecutive days beginning on December 5, 2012, as evidenced by the attached Declaration of Publication.

    Respectfully submitted,
    KENNETH J. GONZALES
    UNITED STATES ATTORNEY

    *Electronically filed January 18, 2013*
    CYNTHIA L. WEISMAN
    Assistant U.S. Attorney
    P.O. Box 607
    Albuquerque, New Mexico 87103
    (505) 346-7274

I HEREBY CERTIFY that on January 18, 2013, I filed the foregoing pleading electronically through the CM/ECF system, which caused the parties or counsel of record to be served by electronic means, as more fully reflected in the Notice of Electronic Filing.

    */s/*
CYNTHIA L. WEISMAN
Assistant U.S. Attorney